IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLY INNOVATIONS LLC, | ) |
| *Plaintiff*, | ) |
| | ) C.A. No. 1:19-cv-01480-RGA |
| v. | ) |
| ONSOLVE, LLC, | ) |
| *Defendant*. | ) |

(Note: Plaintiff is "SYMBOLOGY INNOVATIONS LLC")

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL DEFENDANT WITH PREJUDICE**

Plaintiff Symbology Innovations LLC hereby provides notice of voluntary dismissal of all claims by Plaintiff against Defendant, Onsolve, LLC, with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 18, 2019                              Respectfully submitted,

/s/Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdlaw.com

*Attorneys for Plaintiff Symbology Innovations LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 18, 2019, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                                  /s/ Stamatios Stamoulis
                                                  Stamatios Stamoulis #4606

IT IS SO ORDERED.

_____
U.S. District Court Judge

Date: _____